**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-2716

Caption [use short title]: X Corp. v. James

**Motion for:** Removal of case from Expedited Appeals Calendar and to set the schedule to file Appendix and Appellant's Brief and Appellee's Brief.

Set forth below precise, complete statement of relief sought:

Removal of case from Expedited Appeals Calendar and to set the time to file Appendix and Appellant's Brief to December 8, 2026, Appellee's Response Brief to February 8, 2027, and Appellant's Reply Brief to March 1, 2027.

**MOVING PARTY:** X Corp.

**OPPOSING PARTY:** Letitia James, New York State Attorney General

- [x] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Joel Kurtzberg

**OPPOSING ATTORNEY:** Sarah Coco

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
| --- | --- |
| Cahill Gordon & Reindel LLP | New York State Office of the Attorney General |
| 32 Old Slip, New York, NY 10005 | 28 Liberty Street, New York, NY 10005 |
| 212-701-3120; jkurtzberg@cahill.com | 212-416-6312; sarah.coco@ag.ny.gov |

Court- Judge/ Agency appealed from: Southern District of New York, Hon. John P. Cronan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): ____

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No

Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: ____

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date: ____

**Signature of Moving Attorney:**

/s/ Joel Kurtzberg **Date:** 10/26/2026 Service : [x] Electronic [ ] Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------X
X CORP.,

Plaintiff-Appellant,

-against-

LETITIA JAMES, in her official capacity, as Attorney General of New York,

Defendant-Appellee.
---------------------------------------------------------X

Docket No.: 26-2716

**JOEL KURTZBERG DECLARATION IN SUPPORT OF MOTION TO REMOVE CASE FROM EXPEDITED APPEALS CALENDAR**

I, Joel Kurtzberg, an attorney duly admitted to practice law before this Court, declares as follows:

1. I am a partner at Cahill Gordon & Reindel LLP, attorneys for Plaintiff-Appellant, X Corp., in the above-entitled action.

2. I respectfully submit this Declaration in support of Plaintiff-Appellant's unopposed motion to remove this case from the Court's Expedited Appeals Calendar.

3. On June 17, 2025, Plaintiff-Appellant filed a Complaint seeking, *inter alia*, preliminary and permanent injunctive relief enjoining Defendant-Appellee the New York State Attorney General's enforcement of certain provisions within New York Senate Bill S895B—specifically, N.Y. Gen. Bus. Law §§ 1102(1)(c), 1102(1)(d)(i), 1102(1)(e), and 1103 (only insofar as it applies to the prior three provisions) (collectively, the "Challenged Reporting Provisions")—which compel Plaintiff to make certain disclosures to Defendant.

4. On October 13, 2025, the parties entered into a stipulation whereby Defendant-Appellee agreed not to enforce the Challenged Reporting Provisions against Plaintiff-Appellant through 30 days following the district court's resolution of Defendant's forthcoming Fed. R. Civ. P. 12(b) Motion to Dismiss. The Honorable John P. Cronan, United States District Judge, Southern District of New York, so-ordered the stipulation on October 14, 2025.

5. On November 3, 2025, Defendant-Appellee moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b), which Plaintiff-Appellant timely opposed.

6. On August 26, 2026, the United States District Court for the Southern District of New York entered an Opinion and Order granting Defendant-Appellee's Fed. R. Civ. P. 12(b) Motion to Dismiss in its entirety and dismissing Plaintiff-Appellant's Complaint without leave to amend.

7. On August 28, 2026, the United States District Court for the Southern District of New York entered a Judgment in accordance with the August 26, 2026 Opinion and Order granting Defendant-Appellee's Motion to Dismiss and dismissing Plaintiff-Appellant's Complaint without leave to amend.

8. In light of the Opinion and Order and Judgment resolving Defendant-Appellee's Motion to Dismiss, the Stipulation and Order Concerning Stay of Enforcement of S895B was set to expire on September 25, 2026. The expiration of the Stipulation and Order Concerning Stay of Enforcement of S895B on September 25, 2026, would have required Plaintiff-Appellant to comply with the Challenged Reporting Provisions, including by submitting Terms of Service Reports with information responsive to the Challenged Reporting Provisions on October 1, 2026, and April 1, 2027 (*see* N.Y. Gen. Bus. Law § 1102(2)(b)).

9. Because of the then-forthcoming appeal before this Court, the parties entered into a stipulation on September 14, 2026, whereby Defendant-Appellee agreed (i) not to enforce the Challenged Reporting Provisions against Plaintiff-Appellant through and including April 1, 2027, and (ii) that the parties will request that this Court take the appeal off the Expedited Appeals Calendar and set a briefing schedule under which Plaintiff-Appellant's opening brief will be due December 8, 2026, Defendant-Appellee's response brief will be due February 8, 2027, and Plaintiff-Appellant's reply brief will be due March 1, 2027.

10. The Honorable John P. Cronan so-ordered the stipulation on September 15, 2026 (attached hereto as **Exhibit A**).

11. Plaintiff-Appellant filed a Notice of Appeal on September 25, 2026.

12. On October 13, 2026, this Court placed the case on its Expedited Appeals Calendar, setting Plaintiff-Appellant's brief due date as November 17, 2026, and Defendant-Appellee's brief due date as December 22, 2026.

13. On September 14, 2026, the parties filed a stipulation with the district court, whereby, Defendant-Appellee agreed not to enforce the Challenged Reporting Provisions against Plaintiff-Appellant through and including April 1, 2027, and the parties mutually agreed to request, subject to this Court's approval, that the appeal be taken off the Expedited Appeals Calendar and that a briefing schedule be set under which Plaintiff-Appellant's opening brief will be due December 8, 2026, Defendant-Appellee's response brief will be due February 8, 2027, and Plaintiff-Appellant's reply brief will be due March 1, 2027. The district court "so ordered" that stipulation on September 15, 2026.

14. Plaintiff brought this motion promptly, and good cause exists to remove the case from the Expedited Appeals Calendar since an expedited briefing schedule is unnecessary in light

of the agreed-upon stay of enforcement, which was "so ordered" by the district court below. In addition, this appeal presents complex legal issues, and the parties need additional time to brief those issues adequately, as acknowledged by the district court when it "so ordered" the parties stipulation containing an agreed-upon appellate briefing schedule, subject to this Court's approval. As that stipulation makes clear, no party will be prejudiced by taking the case off of the expedited calendar.

15. Based on the above, and as agreed upon with Defendant-Appellee, I respectfully request that this Court remove the case from the Expedited Appeals Calendar and set the deadline for filing Plaintiff-Appellant's opening brief as December 8, 2026, the deadline for Defendant-Appellee's response brief as February 8, 2027, and the deadline for Plaintiff-Appellant's reply brief as March 1, 2027.

Dated: New York, New York
October 26, 2026

*/s/ Joel Kurtzberg*

Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Phone: 212-701-3120
jkurtzberg@cahill.com

*Attorney for Plaintiff-Appellant X Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of October, 2026, a true and correct copy of the foregoing was served on the following counsel of record through the Court's CM/ECF system:

Sarah Coco
New York State Attorney General
28 Liberty Street
New York, New York 10005
sarah.coco@ag.ny.gov

*/s/ Joel Kurtzberg*
Joel Kurtzberg

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br><br>v.<br><br>LETITIA JAMES, in her official capacity, as Attorney General of New York,<br><br>Defendant. | No. 1:25-cv-05068-JPC<br><br>**STIPULATION AND ORDER CONCERNING FURTHER STAY OF ENFORCEMENT OF S895B** |

**WHEREAS**, on June 17, 2025, Plaintiff X Corp. filed a Complaint (Dkt. No. 1) seeking, *inter alia*, preliminary and permanent injunctive relief enjoining Defendant the New York State Attorney General's enforcement of certain provisions within New York Senate Bill S895B[1]—specifically, N.Y. Gen. Bus. Law §§ 1102(1)(c), 1102(1)(d)(i), 1102(1)(e), and 1103 (only insofar as it applies to the prior three provisions) (collectively, the "Challenged Reporting Provisions")—which compel Plaintiff to make certain disclosures to Defendant;

**WHEREAS**, on October 9, 2025, the Court entered a briefing schedule for Defendant's Fed. R. Civ. P. 12(b) motion to dismiss, under which Defendant's opening brief was due on November 3, 2025, Plaintiff's opposition was due on December 18, 2025, and Defendant's reply was due on January 23, 2026;

**WHEREAS**, on October 14, 2025, the Court entered a Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27), under which Defendant agreed not to enforce the Challenged Reporting Provisions against Plaintiff through 30 days following the Court's resolution of Defendant's Fed. R. Civ. P. 12(b) motion to dismiss;

[1] S895B is codified at Article 42 (Sections 1100–1104) of the New York General Business Law.

**WHEREAS**, on November 3, 2025, Defendant filed a Fed. R. Civ. P. 12(b) motion to dismiss (Dkt. No. 28), on December 18, 2025, Plaintiff filed its opposition (Dkt. No. 30), and on January 23, 2026, Defendant filed a reply (Dkt. No. 31);

**WHEREAS**, on August 26, 2026, the Court entered an Opinion and Order granting Defendant's Fed. R. Civ. P. 12(b) motion to dismiss in its entirety and dismissing Plaintiff's Complaint with prejudice (Dkt. No. 37);

**WHEREAS**, on August 28, 2026, the Court entered a Judgment in accordance with its August 26, 2026, Opinion and Order granting Defendant's motion to dismiss and dismissing Plaintiff's Complaint with prejudice (Dkt. No. 38);

**WHEREAS**, in light of the Court's Opinion and Order and Judgment resolving Defendant's motion to dismiss (Dkt. Nos. 37–38), the Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27) will expire on September 25, 2026;

**WHEREAS**, upon the expiration of the Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27) on September 25, 2026, Plaintiff must comply with the Challenged Reporting Provisions, including by submitting Terms of Service Reports with information responsive to the Challenged Reporting Provisions on October 1, 2026, and April 1, 2027 (*see* N.Y. Gen. Bus. Law § 1102(2)(b));

**WHEREAS**, Plaintiff intends to appeal the Court's Opinion and Order and Judgment dismissing Plaintiff's Complaint with prejudice to the United States Court of Appeals for the Second Circuit; and

**WHEREAS**, Plaintiff and Defendant have agreed to request that the appeal be taken off the expedited calendar and to request a briefing schedule in the United States Court of Appeals for the Second Circuit, under which Plaintiff-Appellant's opening brief will be due on December 8,

2026, Defendant-Appellee's response brief will be due on February 8, 2027, and Plaintiff-Appellant's reply brief will be due on March 1, 2027;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, and subject to Court approval, as follows:

1. Defendant will not enforce the Challenged Reporting Provisions against Plaintiff through and including April 1, 2027.

2. Plaintiff reserves its right to request an extension of the period of non-enforcement, if necessary, during the pendency of the appeal. Defendant reserves her right to oppose any such request.

Dated: September 14, 2026

**CAHILL GORDON & REINDEL LLP**
Counsel for Plaintiff X Corp.

By: /s/ Joel Kurtzberg
Joel Kurtzberg
Floyd Abrams
Jason Rozbruch
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3120
Facsimile: (212) 269-5420
jkurtzberg@cahill.com

**LETITIA JAMES**
New York State Attorney General

By: /s/ Linda Fang
Linda Fang
Special Litigation Counsel
Telephone: (212) 416-8580
Linda.Fang@ag.ny.gov

Attestation Pursuant to Electronic Case Filing Rule 8.5

I, Joel Kurtzberg, attest that concurrence in the filing of this document has been obtained from all other signatories.

/s/ Joel Kurtzberg
Joel Kurtzberg

Dated: September 15, 2026

**SO ORDERED:**

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE