# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge.*

---

X Corp.,

Plaintiff - Appellant,

v.

Attorney General Letitia James, in her official capacity as Attorney General of New York,

Defendant - Appellee.

---

**ORDER**

Docket No. 26-2716

Appellant moves for removal of this matter from the Expedited Appeals Calendar and for approval of the parties' agreed-upon briefing schedule.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition. Appellant's opening brief is due December 8, 2026. Appellee's response brief is due February 8, 2027. Appellant's reply brief is due March 1, 2027.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe